THE ELLIS-YOUNG COMPANY, A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF GEORGIA, PLAINTIFF IN ERROR, v. EAST COAST LUMBER COMPANY, A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF WISCONSIN, DEFENDANT IN ERROR.

This case was decided by Division A.

Writ of Error to the Circuit Court for Duval County.

PER CURIAM. The writ of error is dismissed on the authority of the Ellis-Young Company v. Putnam Lumber Co., decided this day.

All concur.

THE ELLIS-YOUNG COMPANY, A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF GEORGIA, PLAINTIFF IN ERROR, v. PUTNAM LUMBER CO., A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF WISCONSIN, DEFENDANT IN ERROR.

This case was decided by Division A.

Writ of Error to the Circuit Court for Duval county.

PER CURIAM. All the assignments of error on this record have been fully considered and held not well taken on the cross-error prosecuted by this plaintiff in error in the case of Putnam Lumber Co., plaintiff in error vs. The Ellis-Young Lumber Company, defendant in error, in the opinion of the court therein filed today. It is unnecessary therefore to consider further this record and an order will be entered dismissing the writ of error herein.

All concur.